**No. 43997.**—Protests 766255–G, etc., of American Import Co. et al. (Galveston).

Opinion by KINCHELOE, J. On the authority of *Lamborn* v. *United States* (27 C. C. P. A. 46, C. A. D. 60) the protests were dismissed.

**No. 43998.**—Protests 726520–G, etc., of American Import Co. et al. (Philadelphia, etc.).

Opinion by KINCHELOE, J. On the authority of *Lamborn* v. *United States* (27 C. C. P. A. 46, C. A. D. 60) the protests were dismissed.

**No. 43999.**—Protests 981132–G, etc., of Jacques Doueck & Co. et al. (New York).

Opinion by KINCHELOE, J. On the records presented the protests were overruled.